IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:23-MJ-1132-KS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | <u>ORDER</u> |
| | ) | (UNDER SEAL) |
| DAMIEN EDWARD MITCHELL | ) | |

Upon motion of the United States, for good cause shown and for the reasons stated in the motion, it is hereby ORDERED that the Complaint and Affidavit in Support of the Warrant for Arrest in the above-referenced matter, the Motion to Seal, and this Order be sealed by the Clerk until further order by this Court, except that a certified copy of the same be provided to the Office of the United States Attorney and Bureau of Alcohol, Tobacco, Firearms and Explosives.

This __5th__ day of December 2023.

_____
KIMBERLY A. SWANK
United States Magistrate Judge